**Dismissed and Opinion Filed July 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00056-CV

**ALVIN SCOTT, Appellant**
**V.**
**PROVIDENCE TOWERS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-06414-E**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

The clerk's record was due on March 16, 2015. On March 19, 2015, we notified appellant that the Dallas County Clerk had informed us no payment had been made for the clerk's record. We directed appellant to file, within ten days, written verification that he had either paid or made payment arrangements for the clerk's record or that he was entitled to proceed without payment for the record. We warned that failure to do so would result in dismissal of the appeal. Appellant has not responded, nor has the clerk's record been filed. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(a).

150056F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALVIN SCOTT, Appellant

No. 05-15-00056-CV          V.

PROVIDENCE TOWERS, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-14-06414-E.
Opinion delivered by Justice Francis,
Justices Lang-Miers and Whitehill
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal for want of prosecution. We **ORDER** that appellee Providence Towers recover its costs of this appeal from appellant Alvin Scott.

Judgment entered July 31, 2015.